```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 25658
    ANNETTE HARRIS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6433

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/09/2004 and was confirmed 09/01/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  26.59% from remaining funds.

    The case was paid in full 08/28/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
ALLIANCE CREDIT             CURRENT MORTG        .00            .00             .00
ALLIANCE CREDIT             NOTICE ONLY    NOT FILED            .00             .00
WORLD FINANCIAL NETWORK     UNSECURED         127.03            .00           33.77
BANKCARD SERVICES           UNSECURED     NOT FILED            .00             .00
BARRY L GORDON & ASSOCS     UNSECURED        1398.75            .00          371.83
CARSON PIRIE SCOTT          UNSECURED     NOT FILED            .00             .00
SEARS                       UNSECURED     NOT FILED            .00             .00
ECAST SETTLEMENT CORP       UNSECURED OTH   9154.18            .00         2434.01
CHASE AUTOMOTIVE FINANCE    UNSECURED     NOT FILED            .00             .00
CITIBANK NA                 UNSECURED     NOT FILED            .00             .00
CRBURBESS                   UNSECURED     NOT FILED            .00             .00
EXELON COMED                UNSECURED     NOT FILED            .00             .00
ROUNDUP FUNDING LLC         UNSECURED        6902.21            .00         1835.23
CARSON PIRIE SCOTT          UNSECURED        1287.40            .00          342.29
MBNA AMERICA                UNSECURED     NOT FILED            .00             .00
PEOPLES BANK                UNSECURED OTH    743.50            .00          197.63
PEOPLES GAS LIGHT & COKE    UNSECURED OTH     49.92            .00           13.23
RETAILERS NATIONAL BANK     UNSECURED OTH    885.53            .00          235.67
AT & T BANKRUPCTY           UNSECURED     NOT FILED            .00             .00
FASHION BUG                 UNSECURED     NOT FILED            .00             .00
ECAST SETTLEMENT CORP       UNSECURED        1313.17            .00          349.15
WFNNB                       UNSECURED     NOT FILED            .00             .00
DAVID M SIEGEL              DEBTOR ATTY    2,700.00                        2,700.00
TOM VAUGHN                  TRUSTEE                                          487.19
DEBTOR REFUND               REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                          9,000.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 25658 ANNETTE HARRIS
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                        5,812.81
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                               487.19
DEBTOR REFUND                                                         .00
                                        ---------------   ---------------
TOTALS                                         9,000.00          9,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 11/29/07                    /s/ Tom Vaughn
                                                  _____
                                                  TOM VAUGHN
                                                  CHAPTER 13 TRUSTEE